UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FEATHERS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Defendant. | Case No. 22-cv-05756-JD<br><br>**ORDER RE DISMISSAL** |

Pro se plaintiff Mark Feathers' complaint against the Securities and Exchange Commission (SEC) was dismissed for lack of a plausible claim for relief, and because money damages are not available against the SEC. Dkt. No. 18. Feathers' application for a temporary restraining order (TRO) was denied for the same reasons. *Id.* Feathers filed an amended complaint and another TRO application on the same day the order of dismissal was filed. Dkt. Nos. 19, 20.

The gravamen of the amended complaint is the same as the original, namely that the SEC lacks authority to pursue administrative proceedings against Feathers and his companies. *See* Dkt. No. 19 ¶ 7. The amended complaint responded to the order of dismissal by omitting a request for money damages. Feathers also stated in response to the government's opposition to the second TRO request that he "made reference inadvertently to the Administrative Procedures Act [APA] in his motion for a TRO," and that the issues "are constitutional matters, not APA issues." Dkt. No. 26 at 2.

While the amended complaint and the SEC's motion to dismiss were pending, Feathers advised the Court that the SEC had "terminated its Administrative Law proceedings against" him.

1  Dkt. No. 33.  In response to the Court's order, the SEC confirmed that the sole proceeding against
2  Feathers has been dismissed and closed.  *See* Dkt. Nos. 34, 36.
3       In light of these developments, the amended complaint is dismissed without prejudice as
4  moot.  The TRO application is also denied as moot.
5       **IT IS SO ORDERED.**
6  Dated:  June 15, 2023

_____

JAMES DONATO
United States District Judge